**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

IN RE:  Case No.:  15-14361 SDR
SHARON RENE ROBERTS  Chapter 13

**NOTICE OF FINAL CURE PAYMENT**

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:  **HOME POINT FINANCIAL CORPORATION**

Court Claim Number: **008**      UCI: N/A

Last Four of Account Id Number:   7984

Property Address, if available:   774 HANCOCK ROAD NE

**Part 2: CURE AMOUNT**
a. Allowed prepetition arrearage:  $713.08
b. Prepetition arrearage paid by the Trustee:  $713.08
c. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c):  $462.00
d. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c) paid by the Trustee:  $462.00
Total Disbursements by Trustee:  $42,276.51

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $718.72

Next post-petition payment due: SEPTEMBER 2020

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

**YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 09/17/2020                                                Respectfully Submitted:

                                                                 s/ Kara L. West, Trustee
                                                                 Kara L. West (TN No. 25744)
                                                                 Standing Chapter 13 Trustee
                                                                 P.O. Box 511
                                                                 Chattanooga, TN 37401
                                                                 (423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

RICHARD L BANKS & ASSOCIATES - ECF
US Trustee – ECF
Bankruptcy Court – ECF
RICHARD B MANER PC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   SHARON RENE ROBERTS, 774 HANCOCK ROAD NE, , CLEVELAND, TN    37323
Creditor:   HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD SUITE 300, , FARMERS BRANCH, TX 75234-
Creditor Noticing Address:     HOME POINT FINANCIAL CORPORATION  11511 LUNA RD STE 300   FARMERS BRANCH, TX 75234

                                                                 s/ Kara L. West w/permission by KCM (40)
                                                                 Chapter 13 Trustee
                                                                 P.O. Box 511
                                                                 Chattanooga, TN 37401-0511
                                                                 (423) 265-2261

Case: **15-14361**     **SHARON RENE ROBERTS**

**HOME POINT FINANCIAL CORPORATION**
11511 LUNA ROAD SUITE 300

FARMERS BRANCH, TX   75

Sequence: 24
Modify:
Filed Date: 2/5/2016 12:00:00AM
Hold Code:

Acct No: 0000517984

774 HANCOCK RD NE-1ST MTG

Amt Sched: ###########
Amt Due:     $718.72

Debt:  $41,101.43
Paid:  $41,101.43

Interest Paid:  $0.00
Accrued Int:   $0.00
Balance Due:   $0.00

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0080     HOME POINT FINANCIAL CORPORATION** | | | | | | | |
| HOME POINT FINANCIAL CORPORA | | 08/31/2020 | 2078203 | $718.72 | $0.00 | $718.72 | |
| HOME POINT FINANCIAL CORPORA | | 07/31/2020 | 2074225 | $718.72 | $0.00 | $718.72 | |
| HOME POINT FINANCIAL CORPORA | | 06/30/2020 | 2070231 | $718.72 | $0.00 | $718.72 | 07/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2020 | 2066172 | $718.72 | $0.00 | $718.72 | 06/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2020 | 2062184 | $718.72 | $0.00 | $718.72 | 05/29/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($718.72) | $0.00 | ($718.72) | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | M | 04/14/2020 | 2059701 | $718.72 | $0.00 | $718.72 | 04/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $718.72 | $0.00 | $718.72 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $718.72 | $0.00 | $718.72 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $718.72 | $0.00 | $718.72 | 02/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2019 | 2046268 | $762.62 | $0.00 | $762.62 | 01/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2019 | 2042247 | $674.82 | $0.00 | $674.82 | 12/30/2019 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2019 | 2038340 | $718.72 | $0.00 | $718.72 | 12/03/2019 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $718.72 | $0.00 | $718.72 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $718.72 | $0.00 | $718.72 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $718.72 | $0.00 | $718.72 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($718.72) | $0.00 | ($718.72) | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $718.72 | $0.00 | $718.72 | 07/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2019 | 2021844 | $718.72 | $0.00 | $718.72 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2019 | 2017647 | $718.72 | $0.00 | $718.72 | 06/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2019 | 2013264 | $718.72 | $0.00 | $718.72 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2019 | 2008857 | $718.72 | $0.00 | $718.72 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2019 | 2004707 | $718.72 | $0.00 | $718.72 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2019 | 2000574 | $718.72 | $0.00 | $718.72 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2018 | 1996510 | $718.72 | $0.00 | $718.72 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2018 | 1992457 | $718.72 | $0.00 | $718.72 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2018 | 1988428 | $784.24 | $0.00 | $784.24 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2018 | 1979994 | $653.20 | $0.00 | $653.20 | 11/19/2018 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2018 | 1975839 | $681.49 | $0.00 | $681.49 | 09/26/2018 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2018 | 1971481 | $681.49 | $0.00 | $681.49 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2018 | 1967161 | $681.49 | $0.00 | $681.49 | 07/31/2018 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | | 05/31/2018 | 1962832 | $681.49 | $0.00 | $681.49 | 07/02/2018 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2018 | 1953667 | $681.49 | $0.00 | $681.49 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2018 | 1948947 | $681.49 | $0.00 | $681.49 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2018 | 1944521 | $715.72 | $0.00 | $715.72 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2017 | 1939888 | $647.26 | $0.00 | $647.26 | 02/07/2018 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2017 | 1935391 | $681.49 | $0.00 | $681.49 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2017 | 1930821 | $681.49 | $0.00 | $681.49 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2017 | 1926199 | $681.49 | $0.00 | $681.49 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2017 | 1921507 | $681.49 | $0.00 | $681.49 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2017 | 1916819 | $1,692.51 | $0.00 | $1,692.51 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORA | V | 07/13/2017 | 1913059 | ($877.41) | $0.00 | ($877.41) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA | | 06/30/2017 | 1913059 | $877.41 | $0.00 | $877.41 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA | | 05/31/2017 | 1908314 | $1,106.70 | $0.00 | $1,106.70 | 06/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 04/30/2017 | 1903355 | $877.41 | $0.00 | $877.41 | 05/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 03/31/2017 | 1898593 | $877.41 | $0.00 | $877.41 | 04/20/2017 |
| STONEGATE MORTGAGE CORPORA | | 02/28/2017 | 1893597 | $877.41 | $0.00 | $877.41 | 03/23/2017 |
| STONEGATE MORTGAGE CORPORA | V | 02/14/2017 | 1888977 | ($1,335.99) | $0.00 | ($1,335.99) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | M | 02/14/2017 | 1889357 | $1,335.99 | $0.00 | $1,335.99 | 02/27/2017 |
| STONEGATE MORTGAGE CORPORA | | 01/31/2017 | 1888977 | $1,335.99 | $0.00 | $1,335.99 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | | 12/31/2016 | 1884229 | $877.41 | $0.00 | $877.41 | 01/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 11/30/2016 | 1879596 | $877.41 | $0.00 | $877.41 | 12/29/2016 |
| STONEGATE MORTGAGE CORPORA | | 10/31/2016 | 1874864 | $877.41 | $0.00 | $877.41 | 11/25/2016 |
| STONEGATE MORTGAGE CORPORA | | 09/30/2016 | 1870013 | $856.48 | $0.00 | $856.48 | 10/25/2016 |
| STONEGATE MORTGAGE CORPORA | | 08/31/2016 | 1865191 | $632.82 | $0.00 | $632.82 | 09/23/2016 |
| STONEGATE MORTGAGE CORPORA | | 07/31/2016 | 1860212 | $766.52 | $0.00 | $766.52 | 08/24/2016 |
| STONEGATE MORTGAGE CORPORA | | 06/30/2016 | 1855378 | $776.22 | $0.00 | $776.22 | 07/22/2016 |
| STONEGATE MORTGAGE CORPORA | V | 06/14/2016 | 1850409 | ($724.46) | $0.00 | ($724.46) | 06/14/2016 |
| STONEGATE MORTGAGE CORPORA | M | 06/14/2016 | 1850823 | $724.46 | $0.00 | $724.46 | 06/24/2016 |
| STONEGATE MORTGAGE CORPORA | | 05/31/2016 | 1850409 | $724.46 | $0.00 | $724.46 | 06/14/2016 |
| STONEGATE MORTGAGE CORPORA | | 04/30/2016 | 1845302 | $454.21 | $0.00 | $454.21 | 05/25/2016 |
| STONEGATE MORTGAGE CORPORA | | 03/31/2016 | 1840236 | $374.52 | $0.00 | $374.52 | 04/21/2016 |
| STONEGATE MORTGAGE CORPORA | | 02/29/2016 | 1834863 | $1,689.38 | $0.00 | $1,689.38 | 03/24/2016 |
| | | | Sub-totals: | $41,101.43 | $0.00 | $41,101.43 | |

**0081    HOME POINT FINANCIAL CORPORATION**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | | 06/30/2020 | 2070231 | $8.08 | $0.00 | $8.08 | 07/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2020 | 2066172 | $15.00 | $0.00 | $15.00 | 06/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2020 | 2062184 | $15.00 | $0.00 | $15.00 | 05/29/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($15.00) | $0.00 | ($15.00) | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | M | 04/14/2020 | 2059701 | $15.00 | $0.00 | $15.00 | 04/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $15.00 | $0.00 | $15.00 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $15.00 | $0.00 | $15.00 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $15.00 | $0.00 | $15.00 | 02/27/2020 |

2

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | | 12/31/2019 | 2046268 | $30.00 | $0.00 | $30.00 | 01/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2019 | 2038340 | $15.00 | $0.00 | $15.00 | 12/03/2019 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $15.00 | $0.00 | $15.00 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $15.00 | $0.00 | $15.00 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $15.00 | $0.00 | $15.00 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($15.00) | $0.00 | ($15.00) | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $15.00 | $0.00 | $15.00 | 07/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2019 | 2021844 | $15.00 | $0.00 | $15.00 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2019 | 2017647 | $15.00 | $0.00 | $15.00 | 06/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2019 | 2013264 | $15.00 | $0.00 | $15.00 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2019 | 2008857 | $15.00 | $0.00 | $15.00 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2019 | 2004707 | $15.00 | $0.00 | $15.00 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2019 | 2000574 | $15.00 | $0.00 | $15.00 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2018 | 1996510 | $15.00 | $0.00 | $15.00 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2018 | 1992457 | $15.00 | $0.00 | $15.00 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2018 | 1988428 | $30.00 | $0.00 | $30.00 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2018 | 1975839 | $15.00 | $0.00 | $15.00 | 09/26/2018 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2018 | 1971481 | $15.00 | $0.00 | $15.00 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2018 | 1967161 | $15.00 | $0.00 | $15.00 | 07/31/2018 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2018 | 1962832 | $15.00 | $0.00 | $15.00 | 07/02/2018 |
| HOME POINT FINANCIAL CORPORA | M | 05/14/2018 | 1959629 | $15.00 | $0.00 | $15.00 | 05/25/2018 |
| HOME POINT FINANCIAL CORPORA | V | 05/14/2018 | 1958319 | ($15.00) | $0.00 | ($15.00) | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2018 | 1958319 | $15.00 | $0.00 | $15.00 | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2018 | 1953667 | $15.00 | $0.00 | $15.00 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2018 | 1948947 | $15.00 | $0.00 | $15.00 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2018 | 1944521 | $30.00 | $0.00 | $30.00 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2017 | 1935391 | $15.00 | $0.00 | $15.00 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2017 | 1930821 | $15.00 | $0.00 | $15.00 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2017 | 1926199 | $15.00 | $0.00 | $15.00 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2017 | 1921507 | $15.00 | $0.00 | $15.00 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2017 | 1916819 | $33.58 | $0.00 | $33.58 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORA | V | 07/13/2017 | 1913059 | ($17.13) | $0.00 | ($17.13) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA | | 06/30/2017 | 1913059 | $17.13 | $0.00 | $17.13 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORA | | 05/31/2017 | 1908314 | $19.62 | $0.00 | $19.62 | 06/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 04/30/2017 | 1903355 | $17.13 | $0.00 | $17.13 | 05/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 03/31/2017 | 1898593 | $17.13 | $0.00 | $17.13 | 04/20/2017 |
| STONEGATE MORTGAGE CORPORA | | 02/28/2017 | 1893597 | $17.13 | $0.00 | $17.13 | 03/23/2017 |
| STONEGATE MORTGAGE CORPORA | M | 02/14/2017 | 1889357 | $22.12 | $0.00 | $22.12 | 02/27/2017 |
| STONEGATE MORTGAGE CORPORA | V | 02/14/2017 | 1888977 | ($22.12) | $0.00 | ($22.12) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | | 01/31/2017 | 1888977 | $22.12 | $0.00 | $22.12 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORA | | 12/31/2016 | 1884229 | $17.13 | $0.00 | $17.13 | 01/26/2017 |
| STONEGATE MORTGAGE CORPORA | | 11/30/2016 | 1879596 | $17.13 | $0.00 | $17.13 | 12/29/2016 |
| STONEGATE MORTGAGE CORPORA | | 10/31/2016 | 1874864 | $17.13 | $0.00 | $17.13 | 11/25/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| STONEGATE MORTGAGE CORPORA | | 09/30/2016 | 1870013 | $16.90 | $0.00 | $16.90 | 10/25/2016 |
| | | | Sub-totals: | $713.08 | $0.00 | $713.08 | |
| | | | Grand Total: | $41,814.51 | $0.00 | | |

# Disbursements for Claim

**Case:** 15-14361    **SHARON RENE ROBERTS**

HOME POINT FINANCIAL CORPORATION
PO BOX 790309

ST LOUIS, MO  63179-

**Sequence:** 25
**Modify:**
**Filed Date:** 7/11/2016 12:00:00AM
**Hold Code:**

**Acct No:** 7984/POST PETITION MTG FE

ATTY/RECORDING FEES>POST PETITION MTG FEES

| | | | | | | |
|---|---|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $462.00 | | Interest Paid: $0.00 | | | |
| Amt Due: $0.00 | Paid: $462.00 | | Accrued Int: $0.00 | | | |
| | | | Balance Due: $0.00 | | | |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3000    HOME POINT FINANCIAL CORPORATION** | | | | | | | |
| HOME POINT FINANCIAL CORPORA | | 08/31/2017 | 1921507 | $127.84 | $0.00 | $127.84 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2017 | 1916819 | $334.16 | $0.00 | $334.16 | 08/24/2017 |
| | | | Sub-totals: | $462.00 | $0.00 | $462.00 | |
| | | | Grand Total: | $462.00 | $0.00 | | |